UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80186-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

v.

RICHARD ODELL DAVIS, III,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the April 1, 2016 report and recommendation of United States Magistrate Judge James M. Hopkins **[DE 59]**. The Court has conducted a de novo review of the entirety of this matter. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED for the reasons stated in open court. Defendant's motion to suppress is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 29 day of April, 2016.

*[signature]*
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE